Order issued December 31, 2012                    005348



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01598-CV

**DALLAS COUNTY SOUTHWESTERN INSTITUTE OF FORENSIC SCIENCES & MEDICAL EXAMINER DEPARTMENT, Appellant**

**V.**

**GLYNDA RAY, Appellee**

## ORDER

We **GRANT** appellant's December 21, 2012 motion for an extension of time to file a brief.

Appellant shall file its brief on or before January 14, 2013. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.


ELIZABETH LANG-MIERS
JUSTICE